158 A.3d 1232

**Otis ERISMAN, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Respondent**

**No. 389 MAL 2016**

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.